UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
  DEMETRIS L HINTON-WELLS

CASE NO. 08 B 01486

CHAPTER 13

JUDGE: MANUEL BARBOSA

     Debtor
  SSN XXX-XX-3163

--------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 01/23/08 and confirmed on 05/12/08.

  2.  The case was dismissed after confirmation, 09/18/2008.

  3.  The Debtor paid a total of $  1255.00 .

  4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SANTANDER CONSUMER USA | SECURED VEHIC | 10353.00 | 118.22 | 588.80 |
| GREATER CHICAGO FINANCE | UNSECURED | 400.00 | .00 | 400.00 |
| VILLAGE OF CARPENTERSVIL | SECURED | 128.00 | .00 | 75.19 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| HILCO RECEIVABLES LLC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION CORP | UNSECURED | NOT FILED | .00 | .00 |
| SANTANDER CONSUMER USA | UNSECURED | 30.04 | .00 | .00 |

Summary of disbursements:
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      10481.00          .00        430.04          .00    10911.04
PRINCIPAL PAID            663.99          .00        400.00          .00     1063.99
INTEREST PAID             118.22          .00          .00          .00      118.22
TOTAL PAID                782.21          .00        400.00          .00     1182.21
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $         .00
and was paid $       .00 .

The Trustee received $      72.79 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/30/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE